IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ALAN THOMPSON, | : |
| Petitioner | : |
| v. | : CIVIL NO. 4:14-CV-01160 |
| MICHAEL OVERMEYER, et al. | : (Judge Brann) |
| Respondent | : |

## ORDER

**AND NOW, ON THIS 27TH DAY OF JANUARY, 2015**, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DISMISSED** as untimely.

2. The remainder of Thompson's motions are **DISMISSED** as moot.

3. The Clerk of Court is direct to **CLOSE** this case.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge